MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Gregory & Terry Wilmes    Chapter 7 Case No. 10-30291

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Candica LLC<br>C/o Weinstein and Riley PS<br>PO Box 3978<br>Seattle, WA 98124 | 16 | $86.92 | $3.98 |

Dated: July 25, 2011

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111